# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MAJOR GENERAL PAUL FLETCHER and KATHY FLETCHER,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    **Case No. 2:08-CV-1844-JEO**<br>) |
| **DAMION LUPO; DAN PEÑA ROBERT PARK WILSON; BRUCE WHIPPLE; MICHAEL PIERCE; DENALI INVESTMENT GROUP, INC.; and DPG Watts, LLC.** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM OPINION

On December 1, 2008, the Magistrate Judge assigned this case entered a Report and Recommendation finding that the plaintiffs' complaint was an impermissible shotgun pleading and that the plaintiffs had failed to plead fraud with the requisite specificity. The magistrate judge, therefore, recommended that the plaintiffs' complaint be dismissed without prejudice to file an amended complaint. No objections were filed and the plaintiffs filed an Amended Complaint while the time for objections was pending.

The court agrees with and adopts the Magistrate Judge's findings. The parties

are directed to proceed on the plaintiffs' Amended Complaint.

    DONE this 27th of February, 2009.

                                                       _____
                                                       United States District Judge