```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

MAJOR GENERAL PAUL FLETCHER, }
et al.,                      }
                             }
     Plaintiffs,             }    CIVIL ACTION NO.
                             }    08-JEO-1844-S
v.                           }
                             }
DAMION LUPO, et al.,         }
                             }
     Defendants.             }
```

## **ORDER**

Pursuant to Magistrate Judge Ott's order of May 6, 2009, the report and recommendation entered by Judge Ott on April 15, 2009, was referred to the undersigned for the purpose of reviewing the report and recommendation. Not only because no timely objection has been filed to the report and recommendation, but because after careful consideration, the court agrees with the report and recommendation, the report and recommendation is ADOPTED. Accordingly, the motion of defendant, Dan Peña, to dismiss the first amended complaint insofar as plaintiffs make a claim against Peña for the tort of outrage as set forth in Count 6 is GRANTED, and the above-entitled action, insofar as it makes such claim, is DISMISSED WITH PREJUDICE. In all other respects, Peña's motion to dismiss is DENIED.

The case is again referred to Magistrate Judge Ott for further proceedings.

DONE this 13th day of May, 2009.

                                                 _____
                                                 WILLIAM M. ACKER, JR.
                                                 UNITED STATES DISTRICT JUDGE