FILED
 2011 Sep-08  AM 09:11
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MAJOR GENERAL PAUL FLETCHER** and **KATHY FLETCHER,** ) ) ) | |
| Plaintiffs, ) ) | Civil Action Number |
| vs. ) ) | **2:08-cv-01844-JEO** |
| **DAMION LUPO, DAN PEÑA, ROBERT PARK WILSON, MICHAEL PIERCE, DENALI INVESTMENT GROUP, INC.,** and **DPG WATTS, LLC,** ) ) ) ) ) ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Defendant Dan Peña removed this action from the Circuit Court of Jefferson County, Alabama, on the basis of diversity of citizenship. (Doc. 1.) On May 7, 2010, Peña moved for summary judgment on all claims asserted against him (Doc. 37), and on July 5, 2011, the magistrate judge assigned to this case entered a report and recommendation finding that Peña's motion is due to be granted. (Doc. 70.) No objections to the report and recommendation have been filed.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, Dan Peña's summary-judgment motion (doc. 37), is due to be granted. An appropriate order will be entered.

Done this 8th day of September 2011.

                                                                                     *[signature]*

                                                                        L. SCOTT COOGLER
                                                      UNITED STATES DISTRICT JUDGE

                                                                                           167458