FILED
2011 Sep-08  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MAJOR GENERAL PAUL FLETCHER** and **KATHY FLETCHER,**       )<br>)<br>)<br>Plaintiffs,       )<br>)<br>vs.       )<br>)<br>**DAMION LUPO, DAN PEÑA, ROBERT PARK WILSON, MICHAEL PIERCE, DENALI INVESTMENT GROUP, INC.,** and **DPG WATTS, LLC,**       )<br>)<br>)<br>)<br>)<br>)<br>Defendants.       ) | Civil Action Number<br>2:08-cv-01844-JEO |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, defendant Dan Peña's Motion for summary judgment (Doc. 37) is **GRANTED**. All claims against Peña are **DISMISSED** with prejudice.

Costs are taxed to the plaintiff.

Done this 8<u>th</u> day of <u>September 2011</u>.

							_____
							L. SCOTT COOGLER
							UNITED STATES DISTRICT JUDGE
									167458