FILED
2011 Nov-28 PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAJOR GENERAL PAUL FLETCHER** and **KATHY FLETCHER,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Civil Action Number ) **2:08-cv-01844-JEO** ) |
| **DAMION LUPO, DAN PEÑA, ROBERT PARK WILSON, MICHAEL PIERCE, DENALI INVESTMENT GROUP, INC.,** and **DPG WATTS, LLC,** | ) ) ) ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION

On October 3, 2008, defendant Dan Peña removed this action from the Circuit Court of Jefferson County, Alabama, on the basis of diversity of citizenship. (Doc. 1). Plaintiffs Major General Paul Fletcher and Kathy Fletcher amended the Complaint in this court, alleging state-law claims of breach of fiduciary duty, breach of contract, fraud, violations of the Alabama Securities Act, intentional infliction of emotional distress, civil conspiracy, and unjust enrichment against defendant Damion Lupo, among others. (Doc. 14). After repeated unsuccessful attempts of service on Lupo, plaintiffs served the Complaint on him via a United States Marshal process server on June 29, 2011. (Doc. 77-2). After Lupo failed to appear or respond, the Clerk of Court entered a default against Lupo pursuant to Federal Rule of Civil Procedure 55(a), and plaintiffs moved under Rule 55(b) for a default judgment against him. (Docs. 77 and 78). On October 28, 2011, the magistrate judgment assigned to this case entered a report and recommendation finding that plaintiffs' motion for a default judgment is due to be granted. (Doc. 79). Based upon the

pleadings and evidence presented at a hearing, the magistrate judgment specifically found Lupo liable for the claims of breach of fiduciary duty, breach of contract, fraud, and unjust enrichment and jointly and severally liable for resulting damages in the amount of $395,334.96, and attorneys' fees and costs in the amount of $6,729.28. No objections to the report and recommendation were filed within the time prescribed.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, plaintiffs' Motion for Default Judgment (doc. 77), is due to be granted, and a default judgment in the total amount of $402,064.24 is due to be entered against defendant Damion Lupo and in favor of plaintiffs Major General Paul Fletcher and Kathy Fletcher. An appropriate order will be entered.

**DONE** and **ORDERED** this the 28th day of November, 2011.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE